Steven L. Rodriguez, State Bar No. 199313
COZEN O'CONNOR
425 California Street
Suite 2400
San Francisco, California 94104
Telephone: 415.617.6100
Toll Free Phone: 800.818.0165
Facsimile: 415.617.6101

Attorneys for Plaintiff
ZUCKERMAN-HONICKMAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZUCKERMAN-HONICKMAN INC., Plaintiff, v. MAJESTIC BRANDS, INC., Defendant. | Case No.: C 04 5204 JSW<br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER**<br>Complaint Filed: 11/15/04 |

Plaintiff ZUCKERMAN-HONICKMAN, INC. (hereinafter "Plaintiff") hereby requests that this Court order this matter dismissed with prejudice. Counsel for defendant Majestic Brands, Inc., David C. Johnston, has represented to Plaintiff's attorney that Majestic Brands, Inc. has not filed a bankruptcy petition since the settlement of this lawsuit. Based on the aforementioned representation by Majestic Brands, Inc.'s counsel and in reliance thereon, Plaintiff hereby requests that the Court order this matter dismissed with prejudice.

Dated: October 26, 2005

COZEN O'CONNOR

By: ______________________
Steven L. Rodriguez
Attorneys for Plaintiff
ZUCKERMAN-HONICKMAN, INC.

**ORDER**

IT IS HEREBY ORDERED that the above-captioned case be dismissed WITH PREJUDICE.

Date: October 27, 2005

Jeffrey S. White
United States District Court Judge

SANFRAN1\34346\1 067994.000